■ In the Matter of LORI E. PETRONE, for Reinstatement to the Practice of Law in the State of New York. [967 NYS2d 851]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed June 20, 2013.)